Allen Yates, Respondent, v. Village of Arcade, Appellant, Impleaded with Roy Yule.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Gilmour Door Company, Respondent, v. Keshin, Blitstein & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

David A. Alexander, Appellant, v. Wright & Alexander Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Sidney Akhurst, Appellant, v. National Starch Company, Respondent. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Judicial Settlement of the Accounts of Alice D. Williams and Another, as Executors of William Williams, Deceased.— Motion granted permitting the appellant Eliza T. Williams to file undertaking to perfect her appeal.

The People of the State of New York, Respondent, v. Willard H. Peck, Appellant.— Motion to amend decision denied.

In the Matter of the Appraisal of the Estate of Louis P. Chapin, Deceased, under the Acts in Relation to Taxable Transfers of Property. — Appeal dismissed, without costs upon stipulation filed.

John De Nyiri, as Administrator, etc., Plaintiff, v. Pennsylvania Railroad Company. Defendant.— Appeal dismissed, without costs upon stipulation filed.